UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CRESENCIO SOTO, Plaintiff, and all others similarly situated under 29 U.S.C. § 216(b), | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:11-CV-3242-B |
| WILLIAMS TRUCK SERVICE, INC., REINALDO JIMENEZ, and WILLIAM JIMENEZ, | § § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Motion to Dismiss (doc. 30). After reviewing the Motion, the Court finds the Motion should be, and hereby is, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the above-captioned case and any and all claims asserted therein by any party be, and hereby are, **DISMISSED with prejudice**, each party to bear its own costs, expenses and attorney's fees.

The Court will retain jurisdiction over this matter through August 25, 2013 to enforce the terms of the Settlement Agreement between the parties, if necessary.

SO ORDERED.

SIGNED: April 10, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE